IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVIN BRANDIS PUGH,          )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )         2:25cv21-MHT
                             )              (WO)
CALHOUN COUNTY, ALABAMA,     )
                             )
     Defendant.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 14) is adopted.

(2) This lawsuit is dismissed without prejudice pursuant to 28 U.S.C. § 1406(a) for having been filed in the wrong district.

(3) All pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of June, 2025.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**